*Jozef Juck,* pro se, in support of the petition.

*Myra L. Graubard,* in opposition.

Decided July 5, 2001

STATE OF CONNECTICUT *v.* ARTHUR MOLLO III

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 487 (AC 19324), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Monte Radler,* supervisory assistant public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided July 5, 2001

STATE OF CONNECTICUT *v.* LEOTIS PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 583 (AC 20232), is granted, limited to the following issue:

"In the exercise of our supervisory authority over the administration of justice, should the defendant be afforded a new trial due to pervasive prosecutorial misconduct during closing argument?"

ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16554.

*Conrad Ost Seifert,* special public defender, in support of the petition.